**DISMISS and Opinion Filed August 12, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00497-CV**

**DAVID MANCHENO, Appellant**
**V.**
**IRINA JOHNSON, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-10161**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Garcia

Appellant's brief in this case is overdue. By postcard dated July 10, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Dennise Garcia/

DENNISE GARCIA

240497F.P05                    JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAVID MANCHENO, Appellant

No. 05-24-00497-CV          V.

IRINA JOHNSON, Appellee

On Appeal from the 330th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-22-10161. Opinion delivered by Justice Garcia. Justices Reichek and Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered August 12, 2024